THE COLUMBIA ROLLING MILL COMPANY, PLAINTIFF IN ERROR, v. THE BECKETT FOUNDRY AND MACHINE COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of Supreme Court see 26 *Vroom* 391.

For the plaintiff in error, *James B. Vredenburgh.*

For the defendant in error, *Gilbert Collins*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, ABBETT, DEPUE, GARRISON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, SMITH. 10.

*For reversal*—None.